UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-cr-413-MC |
| v. | INFORMATION |
| NOAH TALAVERA, | 21 U.S.C. §§ 841(a)(1), (b)(1)(D), and |
| Defendant. | 846 Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
**(Conspiracy to Possess with Intent to Distribute Marijuana)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(D), and 846)**

On or about April 11, 2018, in the District of Oregon, defendant **NOAH TALAVERA** did knowingly combine, conspire, and confederate with others to distribute, and possess with intent to distribute, 50 kilograms or less of marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(D), and 846.

/ / /

/ / /

/ / /

/ / /

## **FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant **NOAH TALAVERA** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: September 3, 2020

                                                Respectfully submitted,

                                                BILLY J. WILLIAMS
                                                United States Attorney

                                                */s/ Joseph H. Huynh*
                                                JOSEPH H. HUYNH
                                                Assistant United States Attorney